UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Marcus Mays #218101
Plaintiff in Pro Se
Marquette Branch Prison
1960 U.S. Highway 41 South
Marquette, Michigan 49855

**FILED**
August 30, 2022 2:19 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc  SCANNED BY: /s/

(CLERK OF THE COURT) United States District Court
Western District of Michigan
229 Federal Building / P.O. Box 698
Marquette Michigan 49855

RE: Marcus Mays #218101 vs. Marksytchy et. al.
Case Number: 2:19-cv-217
Hon: Hala Y. Jarbou
Mag: Maarten Vermaat

Dear Clerk: Enclosed please find one original and one copy of the following documents for filing with this court. Plaintiff's Declaration/Motion regarding (2) Issuance of subpoenas and writ of Habeas Corpus Ad Testification of

(3)
(1) Prisoner Adrian Jones # 772592 (Motion requesting this prisoner's testimony at trial
(2) Prisoner Stanley Gibbs # 162180 (Motion requesting this prisoner testimony at trial
(3) Prisoner Robert (Sansu) # 252200 (Motion requesting this prisoner testimony at trial
(4) Prisoner Biex Perry # 659823 (Motion requesting this prisoner testimony at trial
(5) Douglas Jackson (Motion requesting this prisoner's testimony at trial
(6) Kyle Longacre # 626648 (Motion requesting this prisoner testimony at trial
(7) Canton West (Motion requesting this prisoner) testimony at trial

Proof of Service: with supporting Exhibits Attached
for testimony of these prisoners.

Thank you sincerely for your
time and cooperation in
this matter

MARCUS MAYS
#218101
MARQUETT BRANCH PRISON
1960 U.S 41 HIGHWAY SOUTH
MARQUETTE, MI 49855





(CLERK OF THE COURT) UNITED STATES
DISTRICT COURT WESTERN DISTRICT
229 FEDERAL

MICHIGAN 49855 P.O. BOX 698

USPS TRACKING #
9114 9022 0085 2100 4514 86