UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MARCUS MAYS #218101,

    Plaintiff,

v

MARK SKYTTA, et al.,

    Defendants.

NO. 2:19-cv-217

HON. HALA Y. JARBOU

MAG. MAARTEN VERMAAT

---

Marcus Mays #218101
*In Pro Per*
Marquette Branch Prison
1960 U.S. Hwy. 41 South
Marquette, MI 49855

O.G. Reasons (P80463)
Assistant Attorney General
Michigan Dept. of Attorney General
Attorney for Defendants
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055

---

## STIPULATION OF DISMISSAL

NOW COMES Plaintiff, pro se, and Defendants, by counsel, and hereby stipulate and agree to entry at this time of an order dismissing the above action, with prejudice and without costs or attorney fees to either party, pursuant to the terms of the parties' settlement agreement and release.

For these reasons, both parties request that this Court dismiss this case in its entirety. This resolves all pending claims. The parties agree that this Court shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement as agreed to on September 6, 2022.

Dated: September 6, 2022

    *Marcus Mays #218101*
    Marcus Mays (#218101)
    Plaintiff Pro Se

Dated: September 6, 2022

    *s/O.G. Reasons*
    O.G. Reasons (P80463)
    Assistant Attorney General
    Attorney for Defendants

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARCUS MAYS #218101,

    Plaintiff,

v

MARK SKYTTA, DAVID PYNNONEN, BOBBY HOLLEY, MICHAEL FRAKI, TODD BASTIAN, SABRINA SNYDER, ELIZABETH CORRIGAN, DAWN COON, AMY RAJALA, NICOLE SUNDBERG, DAVID FINEGAN, TRUDY DUQUETTE, SHANNON JOHNSON, and VICKI USITALO,

    Defendants.

NO. 2:19-cv-217

HON. HALA Y. JARBOU

MAG. MAARTEN VERMAAT

/

## ORDER OF DISMISSAL

Consistent with the stipulation of the parties,

**IT IS ORDERED** that this case be **DISMISSED** with prejudice and without costs or attorney fees to either party.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this matter for the sole purpose of enforcing the terms of the settlement agreement entered into by both parties during the September 6, 2022, settlement conference held in this matter.

**IT IS SO ORDERED**.

Dated: _____   _____
                                                                   Hon. Hala Y. Jarbou
                                                                   United States District Judge